

# United States District Court
# Eastern District of North Carolina
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Peter A. Moore, Jr.  
Clerk of Court

June 24, 2020

Vincent Jackson, #14603-067  
Butner Medium I - F.C.I.  
P.O. Box 1000  
Butner, NC 27509

       Re: Jackson v. Butner FCI  
         5:20-HC-2113-BO

Dear Mr. Jackson,

  Our office has received and filed your petition. Your case has been given the above-indicated docket number. **Please use this number when submitting documents for filing in this case.**

  If your address changes, a notice of your change of address should be sent to us at the Clerk's office.

  All pleadings and letters must be submitted on 8 1/2" by 11" papers and must include an **<u>original signature</u>**.

  If you should desire a copy of a pleading returned to you, a stamped, self-addressed envelope and an extra copy of the pleading must be provided. Thank you for your cooperation.

            Sincerely,

            /s/ Peter A. Moore, Jr.  
            Clerk of Court

PAM/alp