IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VINCENT JACKSON,
    Petitioner,

  v.            **Judgment in a Civil Case**

BUTNER FCI,

    Respondent.      Case Number: 5:20-HC-2113-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, Chief United States District Judge, for consideration after the issuance of an order directing petitioner to respond or the case would be dismissed without prejudice for failure to prosecute.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on November 20, 2020, with service on:
Vincent Jackson, #14603-067
Butner Medium I - F.C.I.
P.O. Box 1000
Butner, NC 27509  (via U.S. Mail)

November 20, 2020          Peter A. Moore, Jr.
                  Clerk of Court

                By: *[signature]*
                  Deputy Clerk